

COM.

v.

FELTON, D.

3085 EDA 2016

Superior Court of Pennsylvania.

09/08/2017

CP–51–CR–0002577–2015 (Philadelphia)

Affirmed

COM.

v.

GONZALEZ, J.

3488 EDA 2016

Superior Court of Pennsylvania.

09/08/2017

CP–23–CR–0006384–2007 (Delaware)

Affirmed

MCCARTHY, J.

v.

RIDDELL, C.

3502 EDA 2016

Superior Court of Pennsylvania.

09/08/2017

No. 2014–07872 (Bucks)

Affirmed

COM.

v.

A.G.

3547 EDA 2016

Superior Court of Pennsylvania.

09/08/2017

CP–48–CR–0002181–2014    (Northampton)

Affirmed

VENTURES TRUST 2013

v.

BARBONE, J.

474 EDA 2017

Superior Court of Pennsylvania.

09/08/2017

679–2013–Civil (Pike)

Reversed

COM.

v.

MACE, L.

1528 MDA 2016

Superior Court of Pennsylvania.

09/08/2017

CP–67–CR–0001376–2015 (York)

Vacated/Remanded

